JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 16-1326 JVS (DFMx) | Date July 19, 2016 |
| Title Mallorca Maintenance Corporation v. Khatchoyan | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order Remanding Action**

      On July 15, 2016, Garabed Khatchoyan ("Khatchoyan") removed this case from the Superior Court of the State of California for the County of Orange. (Docket No. 1.) He asserts three bases for jurisdiction. (Notice of Removal, p. 2.) None are applicable

      Federal Question Jurisdiction. The underlying action is an unlawful detainer action. No federal claims are asserted (28 U.S.C. § 1331). Federal defenses or federal counterclaims provide no basis to remove an action which does not otherwise establish federal jurisdiction. See Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998). There is no basis for federal question jurisdiction.

      Diversity Jurisdiction. There is no indication that there is complete diversity of citizenship as required by 28 U.S.C. § 1332. In any event, it is apparent that the amount of relief sought is less than the jurisdictional minimum of $75,000. The face of the Complaint states that the amount of claimed damages is less than $10,000. There is no basis for diversity jurisdiction.

      Admiralty Jurisdiction.    There are no facts asserted with could conceivably give rise to admiralty jurisdiction under 28 U.S.C. § 1333.

      The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |